

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Garry Lon Brownlee,

Vs. No. 11-15-00181-CR

The State of Texas,

* From the 220th District
  Court of Comanche County,
  Trial Court No. CCCR-07-03017.

* August 21, 2015

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.